**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,

    Plaintiffs,

    -against-

THE NEW MAYFLOWER CORPORATION,

    Defendant.
---------------------------------------------------------X
STATE OF PENNSYLVANIA   )
    S.S.:
COUNTY OF LACKAWANNA  )

Case No. 08 CIV 3788
(Judge Cote)

AFFIDAVIT OF SERVICE

    FRANCIS R. HEDGLIN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 25th day of April, 2008, at approximately the time of 1:25 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT upon THE NEW MAYFLOWER CORPORATION at 3 Maxson Drive, Old Forge, PA, by personally delivering and leaving the same with JOSEPH BLAIR who informed deponent that he holds the position of President with that company and is authorized law to receive service at that address.

    JOSEPH BLAIR is a white male, approximately 60 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 200 pounds with gray hair wearing glasses. He has a full beard and a mustache.

_/s/ Francis R. Hedglin_
FRANCIS R. HEDGLIN

Sworn to before me this
2 day of May, 2008

_/s/ Patricia L M Mongiello_
NOTARY PUBLIC

NOTARIAL SEAL
PATRICIA L M MONGIELLO
Notary Public
DUNMORE BOROUGH, LACKAWANNA COUNTY
My Commission Expires Apr 1, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com