**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,

          Plaintiffs,

    -against-

THE NEW MAYFLOWER CORPORATION,

          Defendant.
-------------------------------------------------------------X

Case No. 08 CV 3788
(Judge Cote)

AFFIDAVIT OF SERVICE

STATE OF PENNSYLVANIA  )
      S.S.:
COUNTY OF LACKAWANNA  )

FRANCIS R. HEDGLIN, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 8th day of May, 2008, at approximately the time of 11:05 AM, deponent served a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT upon THE NEW MAYFLOWER CORPORATION at 3 Maxson Drive, Old Forge, PA, by personally delivering and leaving the same with PATRICIA WHITE who informed deponent that she holds the position of Bookkeeper with that company and is authorized by appointment to receive service at that address.

PATRICIA WHITE is a white female, approximately 60 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 150 pounds with blonde hair. and wears glasses

_____
FRANCIS R. HEDGLIN

Sworn to before me this
12 day of May, 2008

_____
NOTARY PUBLIC
Mongiello

NOTARIAL SEAL
PATRICIA L M MONGIELLO
Notary Public
DUNMORE BOROUGH, LACKAWANNA COUNTY
My Commission Expires Apr 1, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com