```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRUSTEES OF THE UNITE HERE NATIONAL      :
HEALTH FUND and TRUSTEES OF THE UNITE    :   08 CIV. 3788 (DLC)
HERE NATIONAL RETIREMENT FUND,           :
                                         :        ORDER
              Plaintiffs,                :
                                         :
       -v-                               :
                                         :
THE NEW MAYFLOWER CORPORATION,           :
                                         :
              Defendant.                 :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

DENISE COTE, District Judge:

On June 17, 2008, this Court received a <u>pro se</u> letter application from Edward Blair on behalf of the defendant, requesting an adjournment of the June 20, 2008 initial pretrial conference. Corporations must be represented by an attorney in federal court. <u>Pridgen v. Andresen</u>, 113 F.3d 391, 393 (2d Cir. 1997). Accordingly, it is hereby

ORDERED that an attorney must file a notice of appearance for the defendant on or before **July 18, 2008**. If no attorney files a notice of appearance on behalf of the defendant by that date, judgment against it may be entered by default.

IT IS FURTHER ORDERED that the conference is adjourned to **July 25, 2008** at **9:30 a.m.** in Courtroom 11B, 500 Pearl Street.

Dated:   New York, New York
         June 19, 2008

                                    _____
                                         DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Edward J. Blair
The New Mayflower Corporation
3 Maxson Drive
Old Forge, PA 18518