```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
TRUSTEES OF THE UNITE HERE NATIONAL      :
HEALTH FUND and TRUSTEES OF THE UNITE    :
HERE NATIONAL RETIREMENT FUND,           :    08 Civ. 3788(DLC)
                                         :
                Plaintiffs,              :         ORDER
                                         :
        -v-                              :
                                         :
THE NEW MAYFLOWER CORPORATION,           :
                                         :
                Defendant.               :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

By Order dated June 19, 2008, this Court informed the defendant that it must be represented by an attorney in federal court and that judgment may be entered against the defendant if an attorney failed to file a notice of appearance on its behalf by July 18.  To date, no notice of appearance for the defendant has been filed.  It being necessary for a corporate defendant to be represented by counsel, see Grace v. Bank Leumi Trust Co. of N.Y., 443 F.3d 180, 192 (2d Cir. 2006), it is hereby

ORDERED that the initial pretrial conference scheduled for July 25 at 9:30 a.m. is cancelled.

IT IS FURTHER ORDERED that a default is entered against the defendant on the issue of liability.

IT IS FURTHER ORDERED that this action is referred to

Magistrate Judge Freeman for an inquest on damages.

    SO ORDERED:

Dated:    New York, New York
           July 21, 2008

                              DENISE COTE
                        United States District Judge

COPIES SENT TO:

Edward J. Blair
The New Mayflower Corporation
3 Maxson Drive
Old Forge, PA 18518