UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
TRUSTEES OF THE UNITE HERE NATIONAL HEALTH :
FUND and TRUSTEES OF THE UNITE HERE        :
NATIONAL RETIREMENT FUND,                  :
                        Plaintiffs,        :      08 Civ. 3788
                                           :        (DLC)(DF)
        -v-                                :
                                           :      ORDER OF
THE NEW MAYFLOWER CORPORATION,             :      REFERENCE TO A
                        Defendant.         :      MAGISTRATE JUDGE
------------------------------------- X

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute*

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

___ Habeas Corpus

___ Settlement*

___ Social Security

_x_ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

    SO ORDERED:

Dated:   New York, New York
         July 21, 2008

                                        /s/ Denise Cote
                                        _____
                                        DENISE COTE
                                        United States District Judge